UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

May 23, 2017
DCO-083

No. 17-8016

CHRISTOPHER MIELO; SARAH HEINZL,
individually and on behalf of all others similarly situated

v.

STEAK 'N SHAKE OPERATIONS, INC.,
Petitioner

*NOTICE OF APPEAL*

(W.D. Pa. No. 2-15-cv-00180)

Present: CHAGARES, VANASKIE and KRAUSE, Circuit Judges

1. Petition by Steak 'N Shake Operations, Inc., for Permission to Appeal Pursuant to Fed. R. Civ. P. 23(f);

2. Response by Christopher Mielo and Sarah Heinzl in Opposition;

3. Motion by Christopher Mielo and Sarah Heinzl for Leave to File Response Out of Time.

Respectfully,
Clerk/cjg

_____ORDER_____

The foregoing petition and motion are granted. The Clerk shall assign this case to a merits panel and issue a briefing schedule.

By the Court,

s/Michael A. Chagares
Circuit Judge

Dated: July 28, 2017
CJG/cc: David H. Raizman, Esq.
Patrick J. Fazzini, Esq.
Maria G. Danaher, Esq.
Benjamin J. Sweet, Esq.

A True Copy:

Marcia M. Waldron, Clerk

Edwin J. Kilpela, Jr., Esq.
Stephanie K. Goldin, Esq.
R. Bruce Carlson, Esq.